**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-1539**

———————————

DWAYNE E. FREEMAN,

        Plaintiff - Appellant,

    v.

SERGEANT KIM, the Acting Lieutenant; Jailor Sergeant; SERGEANT LAURA, Jailor Sergeant; LIEUTENANT KNIGHT, Lieutenant Jailor,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, Senior District Judge.  (1:24-cv-00204-LCB-JEP)

———————————

Submitted:  October 30, 2024                    Decided:  January 13, 2025

———————————

Before GREGORY, HEYTENS, and BENJAMIN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Dwayne E. Freeman, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne E. Freeman seeks to appeal the district court's judgment accepting the magistrate judge's recommendation and dismissing without prejudice Freeman's 42 U.S.C. § 1983 complaint.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Freeman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  *See Britt v. DeJoy*, 45 F.4th 790, 793, 797 (4th Cir. 2022) (en banc) (order) (explaining that a district court's "order that dismisses a complaint with leave to amend is not a final decision" and that plaintiff must either file an amended complaint in the district court or "request that the district court enter a final decision dismissing [his] case without leave to amend").  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2